United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

TIMELESS PRODUCTION FZ LLC,

    Plaintiff,

    vs.

JOSHUA BAKER DBA TOP FIVES ET AL.,

    Defendants.

Case No.: 4:25-CV-04459- YGR

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY**

Pursuant to Local Rule 72-1 this matter is **REFERRED** to a Magistrate Judge for all discovery matters, including the pending Discovery Letter Brief (Dkt. No. 19).

For any pending discovery dispute, after the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings --> Motions--> General --> Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how the matter will proceed. The Magistrate Judge may issue a ruling, order additional briefing, or set a telephone conference or a hearing.

Hereafter, all further discovery matters shall be filed pursuant to the assigned Magistrate Judge's procedures. The parties shall contact the courtroom deputy of the assigned Magistrate Judge for information about those procedures. Information may also be available on the court's website.

    **IT IS SO ORDERED**.

Dated: January 13, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: MagRef Email