UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC,<br>Plaintiff,<br>v.<br>JOSHUA BAKER,<br>Defendant. | Case No. 4:25-cv-04459-YGR   (KAW)<br>**DISCOVERY REFERRAL ORDER;<br>ORDER TERMINATING 12/1/25<br>DISCOVERY LETTER BRIEF**<br>Dkt. No. 19 |

The district judge has referred all discovery matters to the undersigned. Upon referral, the parties were ordered to further meet and confer and, if those efforts did not resolve all disputes, file a joint discovery letter addressing the dispute. (*See* Dkt. No. 22.) Accordingly, Plaintiff's December 1, 2025 discovery letter (Dkt No. 19) is TERMINATED.

Nonetheless, based on the prior filings of the parties, the Court finds that Plaintiff's failure to timely respond constitutes a waiver of objections to Defendant's First Set of Requests for Production and Interrogatories. (*See* Dkt. Nos. 19-21.) The parties are ordered to meet and confer regarding Plaintiff's supplemental document production and supplemental interrogatory responses in accordance with the undersigned civil standing order, available online at: https://cand.uscourts.gov/judges/westmore-kandis-a-kaw/. The Court notes that fact discovery closes on January 23, 2026, and the last day to file a joint discovery letter pertaining to fact discovery is January 30, 2026. *See* Civil L.R. 37-3.

The parties are advised that the Court's discovery dispute procedures require lead counsel for the parties to meet and confer in person or by video conference and then submit a joint letter addressing any unresolved disputes. The joint letter must comply with all requirements in Paragraph 14 of the standing order, including using the required format and the limitations on

1  exhibits, as well as the requirement that each discovery device be addressed in a separate letter.

2  The joint letter must be e-filed under the Civil Events category of "Motions and Related
3  Filings > Motions – General > Discovery Letter Brief." (Judge Westmore's General Standing
4  Order ¶ 14(c).)  If the joint letter is incorrectly filed, the parties risk the dispute going unresolved.

5  If a pending discovery dispute does not comply with this procedure, it may be terminated
6  and the parties ordered to refile a joint letter that complies with the standing order.

7  This resolves Dkt. No. 19.

8  IT IS SO ORDERED.

9  Dated: January 15, 2026

10  _____
KANDIS A. WESTMORE
11  United States Magistrate Judge