Michael K. Friedland (SBN 157217)
michael.friedland@fciplaw.com
Nicole R. Townes (SBN 272342)
nicole.townes@fciplaw.com
Matt Pham (SBN 341320)
matt.pham@fciplaw.com
FRIEDLAND CIANFRANI LLP
17901 Von Karman Ave., Ste. 925
Irvine, CA 92614
(949) 734-4900

Attorneys for Defendant and Counterclaimant, Joshua Baker

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC, a United Arab Emirates Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA BAKER, doing business as TOP FIVES,<br><br>Defendant.<br><br>JOSHUA BAKER, doing business as TOP FIVES,<br><br>Counterclaimant,<br><br>v.<br><br>TIMELESS PRODUCTION FZ LLC, a United Arab Emirates Limited Liability Company,<br><br>Counterdefendant. | Case No. 4:25-cv-04459-YGR (KAW)<br><br>DECLARATION OF MATT PHAM IN SUPPORT OF DEFENDANT JOSHUA BAKER'S MOTION FOR DISCOVERY SANCTIONS<br><br>Date: March 19, 2026<br>Time: 1:30 p.m.<br>Location: TBD |

I, Matt Pham, hereby declare as follows:

1.     I make this declaration in support of Defendant Joshua Baker's ("Defendant" or "Baker") Motion For Discovery Sanctions.  I am an associate in the law firm of Friedland Cianfrani, LLP, and I am admitted to practice law in the State of California.  I am one of the attorneys representing Defendant in this matter.  I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of an email chain between counsel for Plaintiff and counsel for Defendant from October 27, 2025 to January 27, 2026 regarding the discovery disputes discussed in the Motion for Discovery Sanctions.

3.     Attached hereto as Exhibit B is a true and correct copy of a November 21, 2025 email from counsel for Plaintiff to counsel for Defendant.

4.     Attached hereto as Exhibit C is a true and correct copy of a November 24, 2025 email from counsel for Defendant to counsel for Plaintiff.

5.     Attached hereto as Exhibit D is a true and correct copy of an email chain between counsel for Plaintiff and counsel for Defendant from January 28, 2026 to January 29, 2026.

6.     On September 26, 2025, Defendant served his First Set of Requests for Production ("RFPs") and First Set of Interrogatories to Plaintiff. Plaintiff's responses were due on October 27.  Plaintiff failed to respond until December 1, 2025 for the interrogatories and December 19 for the RFPs.  Defendant sent a meet and confer letter regarding these discovery requests on November 13.  Plaintiff never responded to this discovery letter.

7.     On October 30, 2025, Defendant served his Second Set of RFPs to Plaintiff.  Plaintiff's responses were due on December 1.  Plaintiff failed to respond until December 19.  Defendant sent a meet and confer letter regarding these discovery requests on January 7.  Plaintiff never responded to this discovery letter.

8.     On November 3, 2025, Defendant served deposition notices for four of Plaintiff's witnesses: Kenneth Silvers, Illyes Ben Fredj, Younes Ben Fredj, and Plaintiff's 30(b)(6) witness.

9.     On December 1, 2025, Plaintiff served responses and objections to Defendant's First Set of Interrogatories.  On December 19, Plaintiff served responses and objections Defendant's First and Second Set of RFPs and produced documents 83 pages of documents.

10.     After the Court's January 15 Order (Dkt. No. 23), the parties met and conferred, and Plaintiff made several promises to supplement discovery and produce documents by certain dates.  However, by January 23 (the discovery cut-off date), Plaintiff had still not supplemented its responses to Defendant's discovery requests or produced additional documents.

11.     On January 28, Plaintiff served over 330 documents comprising over 30 gigabytes of information. By then, Defendant already conducted three of his four noticed depositions (Plaintiff's manager Kenneth Silvers,  and Plaintiff's co-founders Younes Ben Fredj and Illyes Ben Fredj).  The January 28 production contained communications about Defendant and this case involving witnesses that had already been deposed, specifically, Younes and Illyes Ben Fredj.

Dated: January 30, 2026            FRIEDLAND CIANFRANI LLP

By: */s/ Matt Pham*
       Michael K. Friedland
       Nicole R. Townes
       Matt Pham

Attorneys for Defendant and Counterclaimant, Joshua Baker

**PROOF OF SERVICE**

I, Matt Pham, the undersigned, hereby declare as follows:

1.     I am over the age of 18 years and am not a party to the Action.  I am an associate at Friedland Cianfrani LLP in Irvine, California.

2.     My email is matt.pham@fciplaw.com. My firm's office address is 17901 Von Karman Avenue, Suite 925, Irvine CA 92614.

3.     On January 30, 2026, I served a true copy of the Pham Declaration In Support of Defendant Joshua Baker's Motion For Discovery Sanctions to Plaintiff Timeless Production FZ LLC's, by sending it to the following persons at the electronic mail addresses:

ANDREW K. JACOBSON, (CSBN 148583)
andy@bayoaklaw.com
BAY OAK LAW
1939 Harrison Street, Suite 929
Oakland, California 94612
Telephone:  (510) 208-5500

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2026 in Irvine, California.


Matt Pham