UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMELESS PRODUCTION FZ LLC,

Plaintiff,

v.

JOSHUA BAKER,

Defendant.

Case No. 4:25-cv-04459-YGR   (KAW)

ORDER TO SHOW CAUSE

Re: Dkt. No. 31

On January 30, 2026, Defendant filed a motion for sanctions. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was February 13, 2026.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before February 25, 2026, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before March 4, 2026.

IT IS SO ORDERED.

Dated: February 18, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge