UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA BAKER,<br><br>Defendant. | Case No. 4:25-cv-04459-YGR   (KAW)<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING IN CONNECTION WITH MOTION FOR DISCOVERY SANCTIONS; ORDER CONTINUING HEARING**<br><br>Re: Dkt. No. 31 |

On January 30, 2026, Defendant filed a motion for discovery sanctions in connection with his efforts to obtain discovery responsive to his First Set of Requests for Production, First Set of Interrogatories, and Second Set of Requests for Production, as well as for any future continued depositions of Plaintiff's witnesses required by Plaintiff's late and untimely production of documents. (Def.'s Mot., Dkt. No. 31.)  Presumably, due to the unknown costs of the continued depositions, Defendant did not indicate the amount of sanctions sought in connection with his efforts to compel Plaintiff's compliance with its discovery obligations.

Accordingly, by April 14, 2026, Defendant is ordered to file a supplemental brief and supplemental supporting declaration indicating the amount of sanctions sought in connection with this motion. Defendant shall provide a breakdown of fees and costs for each of the purported discovery violations, and attach billing records to the supporting declaration. Plaintiff may file a response by April 21, 2026. The briefs shall not exceed five pages.

Finally, the Court continues the March 19, 2026 hearing to May 7, 2026 at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 16, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge