Michael K. Friedland (SBN 157,217)
michael.friedland@fciplaw.com
Nicole R. Townes (SBN 272,342)
nicole.townes@fciplaw.com
Matt Pham (SBN 341,320)
matt.pham@fciplaw.com
FRIEDLAND CIANFRANI LLP
17901 Von Karman Ave, Ste 925
Irvine, CA 92614
(949) 734-4900

Attorneys for Defendant and
Counterclaimant, Joshua Baker

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC, a United Arab Emirates Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA BAKER, doing business as TOP FIVES,<br><br>Defendant. | Case No. 4:25-cv-04459-YGR (KAW)<br><br>**SUPPLEMENTAL BRIEF REGARDING DEFENDANT'S MOTION FOR DISCOVERY SANCTIONS, ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 35, 37 |
| JOSHUA BAKER, doing business as TOP FIVES,<br><br>Counterclaimant,<br><br>v.<br><br>TIMELESS PRODUCTION FZ LLC, a United Arab Emirates Limited Liability Company,<br><br>Counterdefendant. | |

SUPPLEMENTAL BRIEF RE: DEFENDANT'S MOTION FOR DISCOVERY SANCTIONS
CASE NO: 4:25-cv-04459-YGR (KAW)

In response to the Court's Order Requiring Supplemental Briefing in Connection with Defendant's Motion for Discovery Sanctions (Dkt. No. 37), and in light of the parties' Stipulation of Dismissal with Prejudice (Dkt. No. 39), Defendant Joshua Baker respectfully requests that the Order to Show Cause regarding Defendant's Motion for Sanctions (Dkt. No. 35) be discharged.

Respectfully Submitted,

DATED: April 14, 2026        FRIEDLAND CIANFRANI LLP

*/s/Matt Pham*
Michael K. Friedland
Nicole R. Townes
Matt Pham

Attorneys for Defendant and
Counterclaimant Joshua Baker

1