ANDREW K JACOBSON (CSBN: 148583)
andy@bayoaklaw.com
**BAY OAK LAW**
1939 Harrison St Suite 929
Oakland, CA 94612
Telephone: (510) 208-5500

Attorney for Plaintiff and Counterclaim-Defendant
Timeless Production FZ LLC

Michael K. Friedland (SBN 157,217)
michael.friedland@fciplaw.com
Nicole R. Townes (SBN 272,342)
nicole.townes@fciplaw.com
Matt Pham (SBN 341,320)
matt.pham@fciplaw.com
FRIEDLAND CIANFRANI LLP
17901 Von Karman Ave, Ste 925
Irvine, CA 92614
(949) 734-4900

Attorneys for Defendant and Counterclaimant
Joshua Baker

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC, A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA BAKER DBA TOP FIVES, AND DOES 1-10, INCLUSIVE,<br><br>Defendant.<br>_____<br><br>JOSHUA BAKER DBA TOP FIVES,<br><br>Counterclaimant, | Case No.: 4:25-cv-04459-YGR-PHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER- 1

v.

TIMELESS PRODUCTIONS FZ LLC, A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,

Counterclaim-Defendant.

Plaintiff and Counterclaim-Defendant Timeless Production FZ LLC ("Plaintiff" or "Timeless"), and Defendant and Counterclaimant Joshua Baker dba Top Fives ("Defendant" or Baker") by and through their counsel of record, pursuant to Rule 41(a)(1)(A)(ii), stipulate and agree that all claims asserted by the parties in the above-entitled action hereby are dismissed with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice may be entered in the above-captioned action pursuant to this stipulation of dismissal with prejudice. Each party to bear its own costs and attorney fees.

WHEREFORE the parties pray for an Order from the Court dismissing this case with prejudice.

Dated: Monday, April 13, 2026          **BAY OAK LAW**

By: /s/ Andrew K. Jacobson
ANDREW K. JACOBSON
Counsel for Timeless Production FZ LLC

Dated: Monday, April 13, 2026          FRIEDLAND CIANFRANI LLP

By: /s/ Nicole R. Townes
Nicole R. Townes
Counsel for Joshua Baker dba Top Fives

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:   April 15, 2026

_____
Hon. Yvonne Gonzalez Rodgers
United States District Judge